IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JENNEY DINH,
    Petitioner,

vs.                                         Case No.: 4:19cv125/RH/EMT

CRAIG E. COIL,
    Respondent.
_____/

**REPORT AND RECOMMENDATION**

    This cause is before the court upon referral from the clerk. Petitioner commenced this action by filing a habeas petition under 28 U.S.C. § 2241 (ECF No. 1). By order of this court dated May 1, 2019, Petitioner was given thirty (30) days in which to either pay the filing fee of $5.00 or file a fully completed motion to proceed in forma pauperis (*see* ECF No. 5). The clerk of court sent a copy of the order to Petitioner at her address of record, but it was returned to the court on May 7, 2019, marked undeliverable (ECF No. 6). On October 22, 2019, the court located Petitioner on the Bureau of Prisons' website and re-sent the order to her at that address.

    By December 3, 2019, Petitioner still had not paid the filing fee or filed an IFP motion; therefore, the court issued an order directing Petitioner to show cause, within thirty (30) days, why this case should not be dismissed for her failure to

comply with an order of the court (*see* ECF No. 7). The time for compliance with the show cause order has now elapsed, and Petitioner has not paid the filing fee, submitted an IFP motion, or shown cause for her failure to do so. Therefore, dismissal of this case is warranted.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 13th day of January 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.   A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.**  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.