# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JENNEY DINH,

    Petitioner,

v.                                      CASE NO. 4:19cv125-RH-EMT

CRAIG E. COIL,

    Respondent.

_____/

## **ORDER OF DISMISSAL**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 8. No objections have been filed. It appears the petitioner has abandoned the case.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is dismissed without prejudice." The clerk must close the file.

SO ORDERED on March 2, 2020.

                                        s/Robert L. Hinkle
                                        United States District Judge